| | |
|---|---|
| 1  TIMOTHY COURCHAINE<br>   United States Attorney<br>2  District of Arizona<br>   JULIE A. SOTTOSANTI<br>3  Assistant U.S. Attorneys<br>   United States Courthouse<br>4  405 W. Congress Street, Suite 4800<br>   Tucson, Arizona 85701<br>5  Telephone: 520-620-7300<br>   Email: julie.sottosanti@usdoj.gov<br>6  Attorneys for Plaintiff | FILED<br>2025 MAY -7  PM 12: 33<br>CLERK US DISTRICT COURT<br>DISTRICT OF ARIZONA<br><br>CR25-02182 TUC-AMM(LCK) |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br>vs.<br><br>Cassandra Lynn Matthews, -001<br>(Counts 1-6)<br>Michael Justin Wood, -002<br>(Counts 1-3)<br><br>   Defendants. | **I N D I C T M E N T**<br><br>VIO:  18 U.S.C. §§ 933(a)(3) and (b)<br>      (Trafficking in Firearms)<br>      Count 1<br><br>      18 U.S.C. § 554(a) and 2<br>      (Smuggle Goods from<br>      the United States, Aiding and<br>      Abetting)<br>      Count 2<br><br>      18 U.S.C. § 924(k)(2)(B)<br>      (Conspiracy to Smuggle Firearms<br>      Out of the United States)<br>      Count 3<br><br>      18 U.S.C. §§ 922(a)(6) and<br>      924(a)(2)<br>      (Making a False Statement in<br>      Connection with Acquisition of a<br>      Firearm)<br>      Counts 4-6 |

**THE GRAND JURY CHARGES**:

**COUNT 1**

On or about a date unknown through January 21, 2025, in the District of Arizona, defendants CASSANDRA LYNN MATTHEWS and MICHAEL JUSTIN WOOD did receive, attempt to receive, and conspire to receive from another person, in or otherwise

affecting interstate or foreign commerce, firearms as listed in Counts 4-6 of the Indictment, knowing or having reasonable cause to believe that such receipt would constitute a felony, to wit: 18 U.S.C. § 554(a), 18 U.S.C. § 924(k)(2), and Ariz. Rev. Stat. § 13-3102.

All in violation of Title 18, United States Code, Sections 933(a)(3) and (b).

## COUNT 2

On or about a date unknown through January 21, 2025, in the District of Arizona, defendants CASSANDRA LYNN MATTHEWS and MICHAEL JUSTIN WOOD knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: firearms, as listed in Counts 4-6 of the Indictment, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819, and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Sections 554(a) and 2.

## COUNT 3

On or about a date unknown through January 21, 2025, in the District of Arizona, defendants CASSANDRA LYNN MATTHEWS and MICHAEL JUSTIN WOOD did knowingly conspire to smuggle or take out of the United States firearms, as listed in Counts 4-6 of the Indictment, with intent to engage in or to promote conduct that would constitute a felony, to wit: Title 18, United States Code, Sections 554(a) and 2, Smuggling of Goods from the United States, aiding and abetting.

In violation of Title 18, United States Code, Section 924(k)(2)(B).

///

///

## COUNTS 4-6

On or about the dates listed below, in the District of Arizona, the defendant, CASSANDRA LYNN WOOD, in connection with the acquisition of firearms, knowingly made false statements and representations to the businesses listed below, which were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in that the defendant, in connection with the purchase of each of the firearms listed below, stated that she was the actual transferee/buyer of the firearm, whereas in truth and fact, she was not the actual transferee/buyer of the firearm and she was knowingly acquiring the firearm on behalf of another individual:

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 4 | 12/2/23 | Turner's Outdoorsman | Ruger model max-9 9x19 caliber pistol<br><br>Smith and Wesson model M & P Shield 9x19 caliber pistol<br><br>Smith and Wesson model M & P 15-22, .22 caliber rifle<br><br>Juggernaut Tactical model JT-15, receiver<br><br>Anderson Manufacturing, model AM-15, 5.56 caliber rifle<br><br>Taurus, model PT111 G2A, 9x19 caliber pistol<br><br>Walther, model P22, .22 caliber pistol<br><br>Franklin Arms, model BOSS-25, 12-gauge shotgun |

*United States of America v. Cassandra Lynn Matthews, et al.*
*Indictment Page 3 of 4*

| | | | SCCY, model CPX-1, 9x19 caliber pistol |
|---|---|---|---|
| 5 | 1/30/24 | Sportsman's Warehouse | SCCY, model CPX-2, 9x19 caliber pistol |
| 6 | 3/11/24 | Diamondback Shooting Sports | Taurus, model G2S, 9x19 caliber pistol |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

/ S /
FOREPERSON OF THE GRAND JURY
Date: May 7, 2025

REDACTED FOR
PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/ S /
JULIE A. SOTTOSANTI
Assistant U.S. Attorney